UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:08-cr-00376-PLF-5 |
| ) | |
| DAVID COOPER, ) | |
| ) | |
| Defendant ) | |
| _____) | |

## ORDER

Upon consideration of the joint motion for entry of stipulated disposition of the defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, it is hereby

**ORDERED** that the joint motion for entry of stipulated disposition of the defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt no. 131) is **GRANTED**; and defendant's § 924(c) conviction and 7-year mandatory consecutive sentence of imprisonment, imposed on October 8, 2009, are **VACATED**. It is

**FURTHER ORDERED** that the parties shall confer and jointly submit a proposed schedule to govern resentencing proceedings for Mr. Cooper by September 25, 2019.

**SO ORDERED.**

DATE: Sept 10, 2019

PAUL L. FRIEDMAN
United States District Judge